**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **ELBERT LEE HARRIS** and **VELISHA SCOGIN,** in their individual capacities and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COMFORT CARE TRANSPORTATION SERVICES, INC.**; **BEST CARE TRANSPORT SERVICES, LLC;** **SOUTH EAST PERSONNEL LEASING, INC.;** and **LINDA KENNEY,** an individual,<br><br>Defendants. | Case No. 4:15-cv-135-HLM |

**MOTION FOR APPROVAL OF**
**STIPULATED JUDICIAL NOTICE AND CONSENT FORM**
**FOR FLSA COLLECTIVE ACTION**

In furtherance of Plaintiffs' Motion for Conditional Certification of Collective Action [Dkt. 25] and the Telephone Conference held with this Court on 1/6/2016 [Dkt. 36], the parties hereby ask for this Court's approval of and signature on the attached judicial notice and consent form, to be distributed to the putative collective members in this action.

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.SunnySideLaw.com*

Respectfully submitted, this **15th** day of **January, 2016.**

ANDERSONDODSON, P.C.

**Penn A. Dodson (224494)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway
Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| **ELBERT LEE HARRIS** and<br>**VELISHA SCOGIN,**<br>in their individual capacities and<br>on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**COMFORT CARE TRANSPORTATION SERVICES, INC.**; **BEST CARE TRANSPORT SERVICES, LLC;**<br>**SOUTH EAST PERSONNEL LEASING, INC.;** and<br>**LINDA KENNEY,** an individual,<br><br>Defendants. | Case No. 4:15-cv-135-HLM |

## CERTIFICATE OF SERVICE

This is to certify that on **21st** day of **August, 2015,** counsel for the Plaintiff filed the foregoing Motion For Approval Of Stipulated Judicial Notice And Consent Form For Flsa Collective Action, which will ensure delivery to the following counsel for Defendants:

Dean R. Fuchs, Esq. (*drf@swtlaw.com*)
Stephen W. Brown, Esq. (*swb@swtlaw.com*)
Schulten Ward & Turner, LLP
260 Peachtree Street, NW Suite 2700
Atlanta, GA 30303

ANDERSONDODSON, P.C.
11 Broadway
Suite 615
New York, NY 10004
212.961.7639
*www.SunnySideLaw.com*

ANDERSONDODSON, P.C.

Penn A. Dodson

**Penn A. Dodson (224494)**
*penn@andersondodson.com*
Attorney for Plaintiffs

11 Broadway
Suite 615
New York, NY 10004
212.961.7639 tel
646.998.8051 fax