UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ELBERT LEE HARRIS and VELISHA SCOGIN, in their individual capacities and on behalf of others similarly situated, </br></br>Plaintiffs, </br></br>Vs. </br></br>COMFORT CARE TRANSPORTATION SERVICES, INC., BEST CARE TRANSPORT SERVICES, LLC, and LINDA KENNEY, an individual, </br></br>Defendants, | CIVIL ACTION FILE NO.; 4:15-CV-00135-HLM-WEJ |

## NOTICE OF FILING SIGNATURE PAGE OF SETTLEMENT AGREEMENT BY LINDA KENNEY, COMFORT CARE TRANSPORTATION SERVICES, INC., AND BEST CARE TRANSPORT SERVICE, LLC

Exhibit "A", attached, is the signature page of the Settlement Agreement as signed by Defendants Linda Kenney, Comfort Care Transportation, Inc., and Best Care Transport Services, LLC.

This 23rd day of August, 2016.

BRINSON, ASKEW, BERRY, SEIGLER,

108940.1

                                                   RICHARDSON & DAVIS, LLP


                              BY:   */s/ Mark M. J. Webb*
                                         MARK M. J. WEBB
                                         GA BAR NO.: 744639

                              By:   */s/ A. Franklin Beacham III*
                                         A. FRANKLIN BEACHAM III
                                         GA BAR NO.:  043743

Post Office Box 5007
Rome GA 30162-5007
706.291.8853

108940.1

## CERTIFICATE OF SERVICE

I certify that I have this day filed the within and foregoing *Notice of Filing Signature Page of Settlement Agreement of Linda Kenney, Comfort Care Transportation Services, Inc., and Best Care Transport Service, LLC* with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all parties at interest.

Anderson Dodson PC
11 Broadway Suite 615
New York NY  10004
penn@andersondodson.com

    This 23rd day of August, 2016.

                              BRINSON, ASKEW, BERRY, SEIGLER,
                              RICHARDSON & DAVIS, LLP

                    BY:   /s/ MARK M. J. WEBB
                              MARK M. J. WEBB, ESQ.
                              Georgia Bar No: 744639
                              *Attorneys for Defendants*

Post Office Box 5007
Rome GA   30162-5007
706.291.8853
706.234.3574  *fax*

108940.1