**EXHIBIT C**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| **ELBERT LEE HARRIS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | **CIVIL ACTION FILE NO.** |
| | ) | **4:15-cv-00135-HLM-WEJ** |
| **v.** | ) | |
| | ) | |
| **COMFORT CARE** | ) | |
| **TRANSPORTATION SERVICES,** | ) | |
| **INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiffs Elbert Lee Harris, Velisha Rector f/k/a Velisha Scogin, John Adams, Patrice Brown, Debra Comer, Luc DeGrave, Charles Gardner, Kenneth Haley, Tracy Hobgood, Vicki Hodges, Rhonda Ingraham, Catherine Jenkins, Brian McInerney, Michael Phillips, Roger Stanfield, and Tiffany Wilson, and Defendants Comfort Care Transport Service, Inc., Best Care Transport Services, LLC, Linda Kenney, and Southeastrans, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and respectfully dismiss this action as to these Plaintiffs with prejudice.

This 24th day of August, 2016.

*s/ Penn Dodson*
Penn Dodson, Esq.
AndersonDodson, P.C.
Georgia Bar No. 224494
11 Broadway
Suite 615
New York, NY 10004
T: (212) 961-7639
F: (646) 998-8051
E: penn@andersondodson.com

*Counsel for Plaintiffs*

*s/ David A. Cole*
David A. Cole, Esq.
Georgia Bar No. 142383
Timothy J. Holdsworth, Esq.
Georgia Bar No. 730986
Freeman Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339
T: (770) 818-0000
F: (770) 937-9960
E: dcole@fmglaw.com
E: tholdsworth@fmglaw.com

Ann Hale-Smith, Esq.
Georgia Bar No. 317450
Irvin Bowen Hale-Smith, LLC
2970 Peachtree Road, N.W.
Suite 225
Atlanta, Georgia 30305
T: (404) 237-6100 ext.31
F: (404) 364-4558
E: ahalesmith@ibhslaw.com

*Counsel for Defendant Southeastrans, Inc.*

*s/ Mark M. J. Webb*
Mark Maynard Jackson Webb
Georgia Bar No. 744639
Ansel Franklin Beacham, III
Georgia Bar No. 04743
Brinson Askew Berry Siegler
Richardson & Davis, LLP
P.O. Box 5007
615 West First Street
Rome, GA 30162-5007
T: (706) 291-8853
F: (706) 234-3574

E: mwebb@brinson-askew.com
E: fbeacham@brinson-askew.com

*Counsel for Defendants Comfort Care Transport Service, Inc., Best Care Transport Services, LLC, and Linda Kenney*